UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24657-CIV-WILLIAMS

RAUL ALVAREZ,

    Plaintiff,

vs.

LIBERTY SPECIALTY SERVICE, LLC, *et al.*

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. Plaintiff filed his initial complaint on November 7, 2016. (DE 1). On January 23, 2017, the Court observed that no proof of service had been filed, and issued an order, Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, requiring Plaintiff to file proof of service on all Defendants on or before February 6, 2017. (DE 8). On January 26, 2017, Plaintiff filed an amended complaint (DE 9), which did not name Defendant Alex Sorsher, but named the two other Defendants included in the initial complaint—Liberty Specialty Service, LLC and Oleksandr Osmolovsky. To date, Plaintiff has failed to file proof of service on either of the remaining Defendants, as required by the Court's January 23, 2017 order.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of February, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE